**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 07-2305 (RJL) |
| : | |
| **ONE 1998 CHEVROLET K2500 PICK-UP TRUCK,** *etc.*, : | |
| : | |
| **ONE 2002 GMC DENALI XL K1500 AUTOMOBILE,** *etc.*, : | |
| : | |
| and : | |
| : | |
| **ELEVEN ELECTRONIC ITEMS, seized on June 19, 2007,** *etc.*, : | |
| : | |
| **Defendants.** : | |

### MOTION TO TRANSFER CASE TO CALENDAR COMMITTEE

*COMES NOW*, the plaintiff United States government by and through its attorney, the United States Attorney for the District of Columbia, respectfully to move this Honorable Court to transfer this case to the Calendar Committee for reassignment, pursuant to LCvR 40.5 on related cases. This civil forfeiture action is related to the criminal prosecution in United States v. Lonnell G. Glover, *et al.*, Crim. No. 07-0153 (ESH), as related cases are defined in LCvR 40.5(a)(2). In support of this motion, plaintiff respectfully states as follows and relies upon the points and authorities cited below as a Memorandum of Law incorporated into this motion.

1. On June 12, 2007, a federal grand jury handed up an indictment, which was assigned to the Hon. Ellen S. Huvelle, U.S. District Judge, in United States v. Lonnell G. Glover, *et al.*, Crim. No. 07-0153 (ESH). The indictment charges a number of defendants with an unlawful conspiracy to distribute and possession with intent to distribute controlled substances, in violation of 21 U.S.C.

§ 846, as well as a number of other crimes involving the unlawful distribution or possession of controlled substances.

2.  On December 21, 2007, the government brought this civil action *in rem* against a number of pieces of property, claiming their forfeiture because of ties to drug-related crimes charged in the Glover criminal case. Police seized the two automobiles and the eleven electronic items named as defendants in this civil action from Mr. Glover's possession at or near his home in Maryland on June 19, 2007.

3.  When the government brought this civil forfeiture action, it filed papers with the complaint stating that it was related to United States v. Lonnell G. Glover, *et al.*, Crim. No. 07-0153 (ESH), pursuant to LCvR 40.5. For some reason, however, this civil action was assigned to the Hon. Richard J. Leon, U.S. District Judge.

4.  The Local Civil Rule for related cases, LCvR 40.5(c)(2), states: "Where the existence of related cases in this court is revealed after the cases are assigned, the judge having the later numbered-case may transfer that case to the Calendar Committee for reassignment to the judge having the earlier case." Pursuant to LCvR 40.5(c)(2), plaintiff respectfully moves this Honorable Court to transfer this case to the Calendar Committee, in expectation that this forfeiture action is most economically and efficiently assigned to Judge Huvelle.

5.  Checking this case's docket by the Court's Electronic Case Filing (ECF) system, it appears that no other person has attempted to become a party to this action. Thus, there is no

counsel whose position on this motion can be ascertained.  A proposed order to grant this motion is attached.

                Respectfully submitted,

                */s/ Jeffrey A. Taylor*
                JEFFREY TAYLOR, D.C. Bar No. 498610
                UNITED STATES ATTORNEY

                */s/ Barry Wiegand*
                BARRY WIEGAND, D.C. Bar No. 424288
                Assistant  United States Attorney
                Criminal Division, Asset Forfeiture Unit
                555  Fourth  Street,  N.W.,  Fourth  Floor
                Washington, D.C. 20530
                (202) 307-0299
                William.B.Wiegand@USDoJ.Gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-2305 (RJL) |
| **ONE 1998 CHEVROLET K2500 PICK-UP TRUCK,** *etc.*, | : | |
| **ONE 2002 GMC DENALI XL K1500 AUTOMOBILE,** *etc.*, | : | |
| and | : | |
| **ELEVEN ELECTRONIC ITEMS, seized on June 19, 2007,** *etc.*, | : | |
| Defendants. | : | |

## ORDER

This matter came before the Court on plaintiff's Motion To Transfer Case To Calendar Committee. This civil forfeiture action appears to be related to the criminal prosecution in United States v. Lonnell G. Glover, *et al.*, Crim. No. 07-0153 (ESH), as related cases are defined in LCvR 40.5(a)(2). Based upon the representations in plaintiff's motion and the entire record herein, it is by the Court this _____ day of January 2008

ORDERED, that plaintiff's Motion To Transfer Case To Calendar Committee be, and the same hereby is, GRANTED; and it is further

1

ORDERED, that this civil forfeiture action is transferred to the Calendar Committee, pursuant to LCvR 40.5.

_____
RICHARD J. LEON,
United States District Judge

cc:   Calendar Committee

     Clerk's Office

     The Hon. Ellen S. Huvelle,
     U.S. District Judge