UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-2305 (RJL) |
| ONE 1998 CHEVROLET K2500 PICK-UP TRUCK, *etc.*, | : | |
| ONE 2002 GMC DENALI XL K1500 AUTOMOBILE, *etc.*, | : | |
| and | : | |
| ELEVEN ELECTRONIC ITEMS, seized on June 19, 2007, *etc.*, | : | |
| Defendants. | : | |

## ORDER

This matter came before the Court on plaintiff's Motion To Transfer Case To Calendar Committee. This civil forfeiture action appears to be related to the criminal prosecution in <u>United States</u> v. <u>Lonnell G. Glover, et al.</u>, Crim. No. 07-0153 (ESH), as related cases are defined in LCvR 40.5(a)(2). Based upon the representations in plaintiff's motion and the entire record herein, it is by the Court this 31st day of January 2008

ORDERED, that plaintiff's Motion To Transfer Case To Calendar Committee be, and the same hereby is, GRANTED; and it is further

1



ORDERED, that this civil forfeiture action is transferred to the Calendar Committee, pursuant to LCvR 40.5.

_____
RICHARD J. LEON,
United States District Judge

cc:    Calendar Committee

　　　 Clerk's Office

　　　 The Hon. Ellen S. Huvelle,
　　　 U.S. District Judge