CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| Plaintiff | ) Civil Case Number 07-2305 (ESH) |
| | ) |
| | ) Category   E |
| ONE 1998 CHEVROLET K2500 . PICK-UP TRUCK, ET AL. | ) |
| | ) |
| Defendant | ) |

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on January 31, 2008 from Judge Richard J. Leon to Judge Ellen Segal Huvelle by direction of the Calendar Committee.

(Judge Huvelle has related case, CA 07cr153)

ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Leon & Courtroom Deputy
Judge Huvelle & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk