**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| *Plaintiff,* : | |
| : | Civil Action No. 07-2305 (ESH) |
| v. : | |
| : | |
| ONE 1998 CHEVROLET K2500 PICK UP : | |
| TRUCK, Vehicle Identification Number : | |
| 1GCGK29R0WE126375, : | |
| : | |
| ONE 2002 GMC DENALI XL K1500 : | |
| AUTOMOBILE, Vehicle Identification : | |
| Number 1GKFK66U92J228291, : | |
| : | |
| *and* : | |
| : | |
| ELEVEN ELECTRONIC ITEMS, seized on : | |
| June 19, 2007, from 4908 Brentley Road : | |
| In Temple Hills, Maryland, : | |
| : | |
| *Defendants.* : | |

[handwritten annotation: "Let this be filed  ESH 3/25/08"]

**CLAIM**

I, LONNELL GLOVER, hereby make a claim to the Defendant properties as their true and lawful owner.

DATED: 03/20/08        By: _[signature]_
                          LONNELL GLOVER, pro se

## **VERIFICATION**

I declare under penalty of perjury that I am the true and lawful owner of the Defendant properties and am authorized to make a claim.

DATED: 03/20/08          By: *Lonnell Gl——*
                              LONNELL GLOVER, pro se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of March 2008, I caused a true and correct copy of the foregoing Claim was mailed, postage prepaid, to AUSA Barry Weigand, Criminal Division, Asset Forfeiture Unit, 555 4th Street, NW, 4th Floor, Washington, DC 20530.

*Lonnell Glover*
Lonnell Glover, pro se